THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS CHIBBARO.— Motion for reargument denied. Present — Cohn, J. P., Callahan, Breitel and Botein, JJ. [See 284 App. Div. 877.]

R. K. CORBIN, INC., v. MARVIN S. LEVINE et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ. [See 284 App. Div. 1035.]

ANNE FOX, as Committee of the Person and Property of FRANK E. FOX, an Incompetent, Plaintiff, v. CONSOLIDATED EDISON CO. OF NEW YORK, INC., Appellant; EDWARD F. HICKEY, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Callahan, J. P., Bastow, Botein and Bergan, JJ. [See 284 App. Div. 961.]

JANE FROMAN et al., Appellants, v. PAN AMERICAN AIRWAYS, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Breitel, Bastow and Botein, JJ. [See 284 App. Div. 935.]

MONROE E. STEIN v. TRADE BANK & TRUST COMPANY.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See 284 App. Div. 1032.]

NEW ENGLAND INDUSTRIES, INC., v. YOUSSEFIAN & CIE, et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Motion for resettlement is granted to the extent of striking from the last paragraph of the order entered November 23, 1954, the provision affecting the expenses of plaintiff's counsel found in the last four lines of said paragraph. Settle order. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See 284 App. Div. 953.]

In the Matter of the Estate of OTTO PRESENDER, Deceased. SAMUEL PRESENDER, as Coadministrator of the Estate of OTTO PRESENDER, Deceased, Appellant; SADYE SEIDEMAN, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See ante, p. 109.]

HELEN MCCARDLE et al., v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Callahan, J. P., Bastow, Botein and Bergan, JJ. [See 284 App. Div. 1032; post, p. 808.]

WEST 72ND STREET REALTY CORP. v. YESHIVA CHOFETZ CHAIM OF RADUN RABBINICAL INSTITUTE, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Callahan, J. P., Bastow, Botein and Bergan, JJ. [See 284 App. Div. 962.]